**Debbie Flores**

**To:** dcd cmecf_cr
**Subject:** Ulises Wilkinson - Your case no. 1:23-MJ-00107-1 / Our case no. 7:23-MJ-00995-1
**Attachments:** Ulises Wilkinson.pdf

*Good morning,*

*Reference the above captioned case from your District, the case proceedings from our District are docketed and the defendant is to be transferred back to your district as soon as possible. The local proceedings can be accessed through the Electronic Case Filing/Pacer Service System at:*



*https://pacer.login.uscourts.gov*

*Let me know if you have any questions.*

*Thank you,*



*Debbie Flores*

Case Manager to
U.S. Magistrate Judge J. Scott Hacker
1701 W. Business Hwy. 83, Suite 805
McAllen, TX 78501
Ph. (956) 618-8060
debbie_flores@txs.uscourts.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Ulises Wilkinson<br><br>_____<br>*Defendant* | )<br>)  Case: 1:23-mj-00107<br>)  Assigned to: Judge Meriweather, Robin M.<br>)  Assign Date: 5/24/2023<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Ulises Wilkinson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptiive conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of Either House of Congress in Violation of Rules,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds or in any of the Capitol Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:     05/24/2023                                     2023.05.24 13:36:30 -04'00'
                                                         *Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                         *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  5 26 2023 , and the person was arrested on *(date)*  5 30 2023<br>at *(city and state)*  McAllen TX  .<br><br>Date:  5 30 2023 _____        _____<br>                                         *Arresting officer's signature*<br><br>                                         SA Sebastian Montes<br>                                         *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

District of Columbia

United States District Court
Southern District of Texas
**FILED**

MAY 3 0 2023

**Nathan Ochsner, Clerk**

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00107 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| Ulises Wilkinson | ) Assign Date: 5/24/2023 |
| DOB: ▇▇▇▇ | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) 7:23 mj 995 - 1 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,

40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of Either House of Congress in Violation of Rules,

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds or in any of the Capitol Buildings,

40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Bastian , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

2023.05.24
13:38:37 -04'00'

Date: _____ 05/24/2023 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:23-mj-00107
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/24/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Jonathan Bastian, is a Special Agent with the Federal Bureau of Investigation assigned to the Chicago Division, West Resident Agency. In my duties as a special agent, I have been tasked with investigating allegations associated with acts of domestic terrorism and the individuals perpetuating such acts. I have been employed with the Federal Bureau of Investigation since December of 2020 and initially spent twenty-two weeks at the FBI training academy in Quantico, Virginia. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of search and seizures, and various other criminal laws and procedures. I have a two Bachelor's Degrees, one in Psychology and one in Sports Management, a Master's Degree in Professional Counseling, and approximately eleven years of professional experience as a civil servant prior to joining the FBI. Through my training, education and experience, I have become familiar with the manner in which criminal activity is carried out, and the efforts of persons involved in such activity to avoid detection by law enforcement. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## FACTS SPECIFIC TO ULISES WILKINSON

### Open Source and U.S. Capitol Police Video

On May 18, 2022, a credible FBI Confidential Human Source (CHS) submitted information pertaining to WILKINSON's involvement in the January 6, 2021 United States Capitol riots. The CHS provided open source and social media images, along with links to videos where WILKINSON can be seen inside the U.S. Capitol building on January 6, 2021. The CHS also provided photographs and still shots from the videos. The photos below are some of the examples of pictures from the open source and social media images and videos provided by the CHS. WILKINSON is identified in the pictures by adding a yellow circle to the pictures.

The images provided by the CHS included a picture from an open source video by WEBERZWAYFILMS showing WILKINSON near the Washington Monument during the "Stop the Steal" rally on January 6, 2021. WILKINSON is wearing a yellow construction vest with gray and orange vertical stripes, a black hood over a black ball cap, and neck scarf. He is carrying what appears to be two pieces of white cardboard, approximately 2 feet by 3 feet in dimension. The picture depicts the white sign with handwritten text "Free Assange!" in large black letters. See Figure 1.



*Figure 1*

Two other open source images and video show WILKINSON approaching the west side of the U.S. Capitol with other rioters.  See Figures 2, 3.  In one of the images, WILKINSON is holding a white cardboard sign with different handwritten text than the sign at the Washington Monument.  See Figure 2.



*Figure 2*



*Figure 3*

Additional open source pictures (below) show WILKINSON at locations within the U.S. Capitol Building. WILKINSON is wearing the same clothing as he did during the rally at the Washington Monument and carrying the white signs.

I compared these open source images (below) with U.S. Capitol Police (USCP) Closed Circuit Video (USCP video) footage from within the U.S. Capitol Building. Using this comparison with the USCP video, I have determined the location of the pictures from the open source and social media sources.

This image below shows WILKINSON entering the Upper West Terrace Door on the first floor of the U.S. Capitol. See Figure 4. I reviewed the USCP video of the Upper West Terrace Door and determined that WILKINSON entered the U.S. Capitol at approximately 2:35 p.m. The door that WILKINSON entered is not a public entrance.



*Figure 4*

In the open source image below, WILKINSON is shown on the third floor of the U.S. Capitol outside of the Senate Gallery. See Figure 5. I reviewed the USCP VIDEO of the hallway outside of the Senate Gallery. The image of WILKINSON, below, occurred at approximately 2:42 p.m. I determined that WILKINSON entered the Senate Gallery on two separate occasions, through two separate doorways. He is in the Senate Gallery for approximately two minutes.



*Figure 5*

In addition, I have compared the open source, social media image below with known images of the Senate Gallery, located above the United States Senate Chamber. Based on that comparison, I determined the open source image below, Figure 6, is an image of the Senate Gallery, located above the United States Senate Chamber.



*Figure 6*

In the image below, WILKINSON is shown in the Rotunda on the second floor of the U.S. Capitol. See Figure 7. USCP video shows WILKINSON was in the Rotunda on at least two separate occasions. First, WILKINSON is in the Rotunda at approximately 2:35 p.m. for about a minute. At a later time, he reenters the Rotunda before exiting the U.S. Capitol Building.



*Figure 7*

In the image below, WILKINSON is shown in a hallway near the Ohio Clock Corridor within the U.S. Capitol building. See Figure 8. According to the USCP video, WILKINSON is in this corridor at approximately 2:48 p.m.



*Figure 8*

In reviewing USCP video, I determined that WILKINSON exited the U.S. Capitol Building through the East Rotunda door at approximately 3:17 p.m.

Based on my knowledge of the events at the U.S. Capitol Building and grounds on January 6, 2021, the open source pictures above show WILKINSON inside the Capitol after it was breached by rioters. Throughout the background, other people are present in the Rotunda, and the crowds appear consistent with other video and images of the riot that I have observed.

6

## August 3, 2022 Interview of WILKINSON

On July 27, 2022, WILKINSON contacted me and Special Agent Shaefer by phone. He stated he was living in Texas with relatives, and agreed to cooperate with agents. On August 1, 2022, I and Special Agent Shaefer contacted WILKINSON by telephone, and agreed to schedule an in-person interview for August 3, 2022.

On August 3, 2022, I, Special Agent Shaefer and Special Agent Will Circle conducted a voluntary interview of WILKINSON in McAllen, Texas. WILKINSON said he flew to Washington on January 5, 2021. He attended the rally with friends he met in D.C. in November 20220. After the initial rally, WILKINSON followed the crowd to the Capitol building. WILKINSON climbed the inauguaration steps and saw police officers being physically attacked. WILKINSON said he didn't engage in any physical violence, but entered the Capitol through a breached door and followed the crowd inside. He entered the Rotunda area, but said he stayed awary from any violent altercations he saw. WILKINSON saw the door on the second floor of the Senate Chamber was open and he walked inside. He saw two other rioters engaging in a physical altercation, so he exited the Senate chamber. Wilkinson returned to the Rotunda and exited the Capitol. WILKINSON left Washington on January 7, 2021.

Law enforcement showed WILKINSON several photos, including the photos described above as Figures 1, 4, 6, and 7. WILKINSON identified himself in each of these photos.

WILKINSON told officers that he had been invited to join the Proud Boys at one point around the time of the rallies leading up to January 6, 2021, but WILKINSON refused. He was not in communication with or connected to any violent extremist groups. WILKINSON has not communicated recently with anybody he knew from the events of January 6, 2021.

## Review of WILKINSEN's Cell Phone Images

During the interview of WILKINSON, FBI Chicago was given Consent to Search WILKINSON's personal cellular telephone. Law enforcement took custody of WILKINSON's iPhone, and eventually made an image of the cell phone. Upon a review of the scoped contents of WILKINSON's cell phone, law enforcement discovered a number of images and videos taken on January 6, 2021, within the restricted area of the U.S. Capitol grounds as well as inside the U.S. Capitol building.

WILKINSON's cell phone contains a picture of him and an unnamed subject. The metadata on this picture indicates it was taken on January 5, 2021. In a cropped version of this picture, WILKINSON is wearing the same apparel as he was wearing in the images inside the U.S. Capitol building on Jan. 6, 2021. See Figure 9. WILKINSON is carrying two signs. The sign in front of the image matches the image of the sign stating "Free Assange" that is seen with WILKINSON the next day at the Washington Monument. See Figure 1, above. There is a second sign behind the first sign, but the writing on the second sign is not clearly shown in this picture.



*Figure 9*

WILKINSON's cell phone contained several images from January 6, 2021, that depicted the temporary scaffoldings located on the west side of the Capitol. These temporary scaffoldings were set up in preparation of the inauguration scheduled for January 20, 2021. See Figures 10, 11.



*Figures 10, 11*

WILKINSON's cell phone contained several images that depicted WILKINSON inside of the U.S. Capitol Building. In particular, WILKINSON is shown in two photos inside the Rotunda. See Figures 12, 13. In the second image, WILKINSON is carrying a piece of white cardboard, approximately 2 feet by 3 feet in dimension. The picture depicts the white sign with handwritten text "Move Mitch! Get out the way!" in large black letters. See Figure 13. On January 6, 2021, the Minority Leader of the United States Senate was Kentucky Senator Mitch McConnell.



8

*Figure 12*



*Figure 13*

Additional images from WILKINSON's cell phone depict various locations inside the U.S. Capitol Building, including the stairway from the Upper West Terrace door to the Rotunda, the Rotunda, the East Rotunda door, and other locations within the U.S. Capitol Building. In particular, there are two pictures on WILKINSON's cell phone that show the Gallery above the Senate Chamber and portions of the Senate Chamber. See Figures 14, 15.

 

*Figures 14, 15*

Also discovered on the scoped review of the contents of WILKINSON's phone, in the "Notes" section, was a note containing a statement by WILKINSON. According to metadata on the cell phone, this note was created on April 26, 2021, and modified on August 2, 2022. When officers interviewed WILKINSON on August 3, 2021, WILKINSON provided a copy of this note to officers. See Figure 16.

In this note, WILKINSON acknowledged that he stormed the Capitol with other rioters, he went inside a breached door of the Capitol, he chanted "1776" and held up his signs inside the Capitol, and he went into the Senate Gallery. WILKINSON also expressed remorse for his actions, stating he "regretted it *since the moment I stepped foot inside*." (emphasis added).

Body ⊠¶ ¶ᵀ HTML Text

Earlier this year, I made one of the worst mistakes of my life. I went inside the United States Capitol on January 6th, 2021. That was the day the US Capitol was breached by Trump supporters. I'm writing this now just in case if I get arrested for storming the Capitol. You know how people say that criminals regret committing crimes once they're caught? Not the case with me. I regret storming the Capitol and I haven't been caught (yet). And I've regretted it since the moment I stepped foot inside.
Early on January 6th, I was hanging with my friends from DC and we attended the Trump rally at the Eclipse. After the rally ended, we marched on over to the US Capitol. Upon descending on Capitol grounds, I noticed there was a lot of action near the Capitol. I left my friends and I headed on over to see what was going on. I saw Trump supporters battling with Capitol police officers.
Fast forward, I managed to climb up towards the Inauguration steps with a crowd. Half of them stayed at the steps and half of them began running towards a door that was breached. They ran because they noticed that a police officer was chasing us, so I ran with them going inside that breached door, into the Capitol.
Now, I don't remember the nitty gritty of what happened inside the Capitol (eye-witness), but here's what I remember. I wandered through the Capitol (senate wing). I do recall a few protesters (or rioters, whatever the fuck you wanna call them), asking where Nancy Pelosi and the other politicians where. I do remember chanting 1776 (cringe, I know) while holding up my protest signs with me.
I eventually found myself with a huge crowd and we went inside the Senate Gallery.

*Figure 16*

Based on the foregoing, your affiant submits that there is probable cause to believe that ULISES WILKINSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that ULISES WILKINSON violated 40 U.S.C. § 5104(e)(2)(B), (D) and (G), which makes it a crime to willfully and knowingly (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive

10

conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Jonathan Bastian
FBI – Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of May 2023.

2023.05.24
13:37:17 -04'00'

Robin M. Meriweather
U.S. MAGISTRATE JUDGE

United States District Court
Southern District of Texas
FILED

MAY 3 0 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

ULISES WILKINSON,

          Defendant.

Case: 1:23-mj-00107
Assigned to: Judge Meriweather, Robin M.
Assign. Date: 5/24/2023
Description: COMPLAINT W/ ARREST WARRANT

**VIOLATIONS:** 7:23 mj 99 5 - 1

**18 U.S.C. § 1752(a)(1)**
**(Knowingly Entering or Remaining in any**
**Restricted Building or Grounds Without**
**Lawful Authority)**

**18 U.S.C. § 1752(a)(2)**
**(Disorderly and Disruptive Conduct in a**
**Restricted Building or Grounds)**

**40 U.S.C. § 5104(e)(2)(B)**
**(Enter or Remain in the Gallery of Either**
**House of Congress in Violation of Rules)**

**40 U.S.C. § 5104(e)(2)(D)**
**(Disorderly Conduct in a Capitol Building)**

**40 U.S.C. § 5104(e)(2)(G)**
**(Parading, Demonstrating, or Picketing in a**
**Capitol Building)**

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, intimidation of potential witnesses, and serious

jeopardy to the investigation, the United States has established that a compelling governmental

interest exists to justify the requested sealing.

1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

the affidavit in support of criminal complaint and other related materials, the instant application to

seal, and this Order are sealed until the arrest warrant is executed.

   2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrant until it is executed.

Date:

2023.05.24
13:39:15
-04'00'

_____
JUDGE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:23–mj–00995 |
| | § | |
| Ulises Wilkinson | § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for at before United States Magistrate Judge J Scott Hacker at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **May 30, 2023**

United States District Court
Southern District of Texas
FILED

MAY 3 1 2023

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CASE NO:  7:23-MJ-0995-01 |
| | § | |
| | § | |
| ULISES WILKINSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due

Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is

hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under

*Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of

violating this Order, which may include sanctions such as the delaying of trial or other proceedings,

the excluding of evidence, the giving of adverse jury instructions, the granting of new trial, the

dismissing of an action, or a finding of contempt.

It is so **ORDERED**.

**SIGNED** on May 31, 2023.

J. Scott Hacker
United States Magistrate Judge

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                    Page 1 of __4__ Pages

ENTERED
May 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   7:23-MJ-0995-01 |
| ULISES WILKINSON | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____ by video conference, Washington D.C. _____

*Place*

for Initial Appearance proceedings before U.S. Magistrate Judge Moxila A. Upadhyaya

on _____ 6/15/2023 1:00 pm _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                    Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                          Custodian                          Date

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   the U.S. Probation Office in McAllen, Texas              ,
telephone number   . 956.618.8035   , no later than   Upon Release                .
( ☑ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☑ )  (d)  surrender any passport to:   the U.S. Probation Office in McAllen, Texas.
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   No travel outside the Southern District of Texas without
permission of the Court; no foreign travel allowed.  Defendant can travel to the District of Columbia for Court related matters and attorney consultation only.
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:   any co-defendant.

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with
random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as
directed by the pretrial services office or supervising officer; or
( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However,
you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)   Voice Recognition; or
      ( ☐ ) (iii)  Radio Frequency; or
      ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.  "As soon as possible" means within 72 hours.

( ☐ ) (t)  _____

AO 199C  (Rev. 09/08) Advice of Penalties

Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

ULISES WILKINSON   _Ulises Wilkinson_
_Defendant's Signature_

McAllen, Texas
_City and State_

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ____5/30/2023____

_Judicial Officer's Signature_

J. Scott Hacker, U.S. Magistrate Judge
_Printed name and title_

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States of America )
v. )
) Case No. 7:23-MJ-0995-1
ULISES WILKINSON )
*Defendant* )

United States District Court
Southern District of Texas
FILED

MAY 3 0 2023

**Nathan Ochsner, Clerk**

### APPEARANCE BOND

### Defendant's Agreement

I, _____ ULISES WILKINSON _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $  30,000.00 _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

(   ) (a) $ _____ , in cash deposited with the court.

(   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   05/30/2023

Ulises Wilkinson
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date:   05/30/2023

Debbie Flores
*Signature of Clerk or Deputy Clerk*

Approved.

Date:   05/30/2023

J. Scott Hacker
*Judge's signature*

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:23-mj-00995-1
## Internal Use Only

Case title: USA v. Wilkinson

Other court case number: 1:23-MJ-00107 District of Columbia

Date Filed: 05/30/2023

Date Terminated: 06/15/2023

Assigned to: Magistrate Judge J Scott Hacker

### Defendant (1)

**Ulises Wilkinson**
*($30,000.00 Unsecured Bond)*
*TERMINATED: 06/15/2023*

represented by **Joe G Jacinto**
Federal Public Defender
1701 W. Bus. Hwy. 83, Ste. 405
McAllen, TX 78501
956-630-2995
Fax: 956-631-8647
Email: joe_jacinto@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - McAllen**
1701 W Hwy 83
Ste 405
McAllen, TX 78501-5159
956-630-2995
Email: mca_ecf@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.F | |

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2023 | 🔒 1 | Rule 5(c)(3) Documents Received from District of Columbia as to Ulises Wilkinson. Initial Appearance - Rule 5 set for 5/30/2023 at 09:01 AM before Magistrate Judge J Scott Hacker, filed. (Attachments: # 1 Order)(ChrisBarrera, 7) (Additional attachment(s) added on 5/30/2023: # 2 EXCUTED WARRANT) (ChrisBarrera, 7). Modified on 5/30/2023 (DebbieFlores, 7). (Entered: 05/30/2023) |
| 05/30/2023 | | Arrest (Rule 5) of Ulises Wilkinson, filed. (ChrisBarrera, 7) Modified on 5/30/2023 (DebbieFlores, 7). (Entered: 05/30/2023) |
| 05/30/2023 | 🔒 2 | AO 257 Information Sheet as to Ulises Wilkinson, filed.(ChrisBarrera, 7) (Entered: 05/30/2023) |
| 05/30/2023 | 🔒 3 | Pretrial Services Report (Sealed) as to Ulises Wilkinson. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing, filed. (SamanthaMedina, 7) (Entered: 05/30/2023) |
| 05/30/2023 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker. INITIAL APPEARANCE IN RULE 5(C)(3) PROCEEDINGS on Criminal Complaint as to Ulises Wilkinson held on 5/30/2023. Defendant placed under oath. Defendant present in the courtroom. Defendant informed of legal rights. Defendant affirmed that the Financial Affidavit was correct and requested court-appointed counsel, which the Court GRANTED. Federal Public Defender appointed to represent Defendant, and Mr. Joe Jacinto, Assistant Federal Public Defender present with Defendant. The Court advised Defendant as to the charged offense and any factual allegations in the criminal complaint. Defendant, with the asistance of counsel, waived his right to an Identity Hearing in the Southern District of Texas. The Court found Identity. The Government stated that it was not opposed to a bond being set, and Defendant needed more time with his attorney to discuss whether he wanted to have or waive his Preliminary Hearing. The Court set a Bond Hearing for 1:30 p.m., May 30, 2023. Defendant remanded to the custody of the U.S. Marshals Service. Appearances: Jongwoo Chung, AUSA; Joe Jacinto, AFPD. (USPO: Laura Iglesias) (ERO: Lazaro Elizondo) (Interpreter: Woody Lewis and Nathan Rhodes, not used) (DUSM: Pete De Luna). (DebbieFlores, 7) Modified on 5/31/2023 (jhacker, ). (Entered: 05/30/2023) |
| 05/30/2023 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Ulises Wilkinson (Signed by Magistrate Judge J Scott Hacker) Parties notified. (DebbieFlores, 7) (Entered: 05/30/2023) |
| 05/30/2023 | 5 | Order of Temporary Detention Pending Hearing as to Ulises Wilkinson Bond Hearing set for 5/30/2023 at 01:30 PM before Magistrate Judge J Scott Hacker. (Signed by Magistrate Judge J Scott Hacker) Parties notified. (DebbieFlores, 7) (Entered: 05/30/2023) |
| 05/30/2023 | | Minute Entry for proceedings held before Magistrate Judge J Scott Hacker: PRELIMINARY AND BOND HEARINGS as to Ulises Wilkinson held on 05/30/2023. Defendant present in the courtroom. Defendant, with the assistance of counsel (Mr. Joe Jacinto with the Federal Public Defender), waived his right to a Preliminary Hearing in both the Southern District of Texas and the District of Columbia. The Government was not opposed to bond but requested that Defendant's travel be restricted to the Southern District of Texas with the ability to travel to the District of Columbia for court related matters and attorney consultation. The Court set a $30,000 unsecured bond, along with conditions of release. The Court adopted the conditions (Conditions 2 though 11) set out in the Pretrial Report (Dkt. No. 3) except it would not require a third-party custodian. Further, the Court imposed that Defendant could only travel to the District of Columbia for court related matters and attorney consultation. The Court explained the Appearance Bond, along with the Order Setting Conditions of Release to Defendant. Defendant stated that he understood the terms and conditions of his release. Defendant signed the Appearance Bond and Order Setting Conditions of Release in the presence of the Court. Defendant instructed that he must appear by video conference for his initial appearance in the charging District at 1:00 p.m., June 15, 2023. In accordance with Rule 5(f), the Court orally admonished the Government of its disclosure obligations under Brady and the consequences of failing to provide such disclosure; a written order to follow. Defendant released on bond. Appearances: Daniel Chung, AUSA; Joe Jacinto, AFPD. (ERO: Lazaro Elizondo) (Interpreter: Nathan Rhodes and Woody Lewis, not used) (USPO: Laura Iglesias) (DUSM: Peter De Luna ), filed. (jhacker, ). Modified on 6/3/2023 (jhacker, ). (Entered: 05/31/2023) |
| 05/30/2023 | 6 | Unsecured Bond Entered as to Ulises Wilkinson in amount of $ 30,000.00,, filed. (AmySanchez, 7) (Entered: 05/31/2023) |
| 05/30/2023 | 🔒 9 | Sealed Financial Affidavit CJA 23 by Ulises Wilkinson, filed. (Entered: 05/31/2023) |
| 05/31/2023 | 7 | ORDER Setting Conditions of Release as to Ulises Wilkinson. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (AmySanchez, 7) (Entered: 05/31/2023) |

| 05/31/2023 | 8 | BRADY ORDER on Rule 5(f) as to Ulises Wilkinson ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (LElizondo, 7) (Entered: 05/31/2023) |
|---|---|---|
| 06/01/2023 |  | NOTICE OF ATTORNEY APPEARANCE Joe G Jacinto, Federal Public Defender, in case as to Ulises Wilkinson, filed.(Jacinto, Joe) (Entered: 06/01/2023) |
| 06/15/2023 | 10 | RULE 5 Papers sent to District of Columbia / Washington D.C. as to Ulises Wilkinson, filed. (DebbieFlores, 7) (Entered: 06/15/2023) |
| 06/15/2023 | 🔒 | (Court only) ***Case Terminated as to Ulises Wilkinson. (DebbieFlores, 7) (Entered: 06/15/2023) |