## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**                    *

    **vs.**                    * **Case No.: 23-mj-00107 RMM**

**ULISES WILKINSON**                    *

    **Defendant**                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Enter my appearance as counsel in this case for Ulises Wilkinson (defendant).

    I certify that I am admitted to practice in this court.


                              /s/

June 26, 2023                    _____

                              Michael E. Lawlor
                              Brennan, McKenna & Lawlor, Chtd.
                              Bar Number 459767
                              6305 Ivy Lane, Suite 700
                              Greenbelt, Maryland 20770
                              301-474-0044 (telephone number)
                              301-474-5730 (facsimile number)
                              mlawlor@verizon.net