# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **23-mj-00107 RMM** |
| **ULISES WILKINSON** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING – DISCOVERY

NOW COMES, the Defendant, Ulises Wilkinson, by and through his counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, Ulises Wilkinson respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

/s/

June 26, 2023

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 459767
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2023, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/

Michael E. Lawlor

1