IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ULISES WILKINSON,<br><br>       Defendant. | CASE NO. 23-MJ-107-RMM<br><br>CERTIFICATE OF SERVICE |

      I hereby certify that a true and accurate copy of the Government's First Production of Discovery was served upon the following individuals by and through the U.S. Department of Justice file-sharing program, USAfx, on August 21, 2023, to:

    Michael E. Lawlor
    Email:  mlawlor@verizon.net

    Counsel for Defendant

A copy of the Government's discovery letter, dated August 21, 2023, is attached.

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

              By:    */s/ Lynnett M. Wagner*
                       LYNNETT M. WAGNER
                       Nebraska Bar No. 21606
                       Assistant United States Attorney
                       601 D Street, N.W.
                       Washington, D.C. 20530
                       Tel: (402) 661-3700
                       Email: lynnett.m.wagner@usdoj.gov