

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

August 21, 2023

*Delivered via email:  mlawlor@verizon.net*

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770

      Re:    *United States v. Ulises Wilkinson*
                  Case No. 23-mj-107-RMM

Dear Mr. Lawlor:

      Enclosed as preliminary discovery in this case is a description of the documents provided to you today.  I have uploaded the documents to the Government's file-sharing program, USAfx, and I am providing you with access to the USAfx box named "US v Wilkinson, Defense counsel" that contains the following materials:

    a.    U.S. Capitol Police surveillance video showing Defendant in various parts of the Capitol on January 6, 2021 (*see* attached list) (**Highly Sensitive** per Protective Order);

    b.    A report showing the Cellebrite Extraction Report on Defendant's Apple iPhone (scoped report);

    c.    Captured images from the Cellebrite Extraction Report on Defendant's Apple iPhone;

    d.    FBI Serial reports, Surveillance reports, and Grand Jury reports (*see* attached list) (**Sensitive** per Protective Order); and

  e.  Five additional open-source videos (*see* attached list) (note: do not have confirmation that video "609 C0073.mp4" is Defendant, but individual in video has same identifiers and sign).

  Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government will facilitate access to these materials through two databases: evidence.com and Relativity. If you do not have access to these databases, let me know. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client. A copy of the Global Production Discovery letter, volumes 1 through 29, has also been provided in the USAfx box, US v Wilkinson, Defense counsel, with the case specific discovery.

  The discovery is encrypted through the USAfx file-sharing program. You will receive a separate email with the password. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

  This material is subject to the terms of the Protective Order issued in this case, ECF 13.

  I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

  I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

  Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Lynnett M. Wagner*
LYNNETT M. WAGNER
Assistant United States Attorney

HIGHLY SENSITIVE PER PROTECTIVE ORDER
List of USCP Surveillance video

```
0126_USCS_01_Upper_West_Terrace_-_2021-01-06_19h20min01s.mp4
0303_USCS_03_Senate_Gallery_SE_near_S309_-_2021-01-06_19h34min02s.mp4
0303USCS03SenateGallerySEnearS309_2021-01-06_14h45min26s197ms.mp4
0304_USCS_03_Senate_Gallery_SW_near_S324_-_2021-01-06_19h40min02s.mp4
0686USCH02RotundaDoorInterior_2021-01-06_14h37min05s977ms.mp4
0686USCH02RotundaDoorInterior_2021-01-06_14h46min02s860ms.mp4
0686USCH02RotundaDoorInterior_2021-01-06_15h12min53s243ms.mp4
0912_USCS_01_Upper_West_Terrace_Door_-_2021-01-06_19h20min00s.mp4
0960USC02RotundaNorth_2021-01-06_14h50min24s710ms.mp4
0960USC02RotundaNorth_2021-01-06_15h02min09s900ms.mp4
7029_USCS_02_Rotunda_Door_Interior_-_2021-01-06_19h35min54s.mp4
```

SENSITIVE PER PROTECTIVE ORDER
FBI Serial reports 1 through 38, Surveillance reports 1 through 10, and Grand Jury reports 1 through 8

```
0176-CG-3579429_0000001, redacted.pdf
0176-CG-3579429_0000002, redacted.pdf
0176-CG-3579429_0000002_1A0016979_0000001.zip
0176-CG-3579429_0000003.pdf
0176-CG-3579429_0000003_1A0000001_0000001.jpg
0176-CG-3579429_0000003_1A0000001_0000002.jpg
0176-CG-3579429_0000003_1A0000001_0000003.jpg
0176-CG-3579429_0000003_1A0000001_0000004.jpg
0176-CG-3579429_0000003_1A0000001_0000005.jpg
0176-CG-3579429_0000003_1A0000001_0000006.jpg
0176-CG-3579429_0000003_1A0000001_0000007.png
0176-CG-3579429_0000003_1A0000001_0000008.jpg
0176-CG-3579429_0000003_1A0000001_0000009.jpg
0176-CG-3579429_0000003_1A0000001_0000010.pdf
0176-CG-3579429_0000003_1A0000001_0000011.jpg
0176-CG-3579429_0000003_1A0000001_0000012.jpg
0176-CG-3579429_0000003_1A0000001_0000013.jpg
0176-CG-3579429_0000003_1A0000001_0000014.jpg
0176-CG-3579429_0000003_1A0000001_0000015.jpg
0176-CG-3579429_0000003_1A0000001_0000016.xlsx
0176-CG-3579429_0000003_1A0000001_0000017.jpg
0176-CG-3579429_0000003_1A0000001_0000018.pdf
0176-CG-3579429_0000003_1A0000001_0000020.jpg
0176-CG-3579429_0000003_1A0000001_0000021.jpg
0176-CG-3579429_0000003_1A0000001_0000022.jpg
0176-CG-3579429_0000003_1A0000001_0000023.jpg
0176-CG-3579429_0000003_1A0000001_0000024.jpg
0176-CG-3579429_0000003_1A0000001_0000026.jpg
0176-CG-3579429_0000003_1A0000001_0000027.jpg
0176-CG-3579429_0000003_1A0000001_0000028.pdf
0176-CG-3579429_0000003_1A0000001_0000029.jpg
0176-CG-3579429_0000004, redacted.pdf
0176-CG-3579429_0000005, redacted.pdf
0176-CG-3579429_0000006, redacted.pdf
0176-CG-3579429_0000007, redacted.pdf
0176-CG-3579429_0000007_1A0000005_0000001.zip
```

0176-CG-3579429_0000008.pdf
0176-CG-3579429_0000008_1A0000006_0000001.PNG
0176-CG-3579429_0000009.pdf
0176-CG-3579429_0000010.pdf
0176-CG-3579429_0000010_1A0000007_0000002.pdf
0176-CG-3579429_0000011, redacted.pdf
0176-CG-3579429_0000011_1A0000008_0000001.jpg
0176-CG-3579429_0000011_1A0000008_0000002.jpg
0176-CG-3579429_0000011_1A0000009_0000001.pdf
0176-CG-3579429_0000011_1A0000009_0000003.pdf
0176-CG-3579429_0000012, redacted.pdf
0176-CG-3579429_0000012_1A0000010_0000001.pdf
0176-CG-3579429_0000013.pdf
0176-CG-3579429_0000013_1A0000011_0000001.pdf
0176-CG-3579429_0000014.pdf
0176-CG-3579429_0000015.pdf
0176-CG-3579429_0000015_1A0000012_0000001.pdf
0176-CG-3579429_0000016.pdf
0176-CG-3579429_0000017, redacted.pdf
0176-CG-3579429_0000018, redacted.pdf
0176-CG-3579429_0000019.pdf
0176-CG-3579429_0000020, redacted.pdf
0176-CG-3579429_0000021, redacted.pdf
0176-CG-3579429_0000022, redacted.pdf
0176-CG-3579429_0000022_1A0000015_0000001.pdf
0176-CG-3579429_0000022_1A0000015_0000002.pdf
0176-CG-3579429_0000022_1A0000015_0000003.pdf
0176-CG-3579429_0000022_1A0000016_0000001.pdf
0176-CG-3579429_0000022_1A0000016_0000002.pdf
0176-CG-3579429_0000022_1A0000017_0000001.pdf
0176-CG-3579429_0000023.pdf
0176-CG-3579429_0000024, redacted.pdf
0176-CG-3579429_0000025.pdf
0176-CG-3579429_0000026.pdf
0176-CG-3579429_0000027, redacted.pdf
0176-CG-3579429_0000028, redacted.pdf
0176-CG-3579429_0000028_1A0018035_0000001.zip

0176-CG-3579429_0000028, redacted.pdf
0176-CG-3579429_0000028_1A0018035_0000001.zip
0176-CG-3579429_0000029.pdf
0176-CG-3579429_0000029_1A0000019_0000001.docx
0176-CG-3579429_0000029_1A0000019_0000002_PHYSICAL.pdf
0176-CG-3579429_0000030.pdf
0176-CG-3579429_0000031.pdf
0176-CG-3579429_0000032.pdf
0176-CG-3579429_0000032_1A0000020_0000001.pdf
0176-CG-3579429_0000032_1A0000020_0000002.PNG
0176-CG-3579429_0000032_1A0000020_0000003_PHYSICAL.pdf
0176-CG-3579429_0000033.pdf
0176-CG-3579429_0000034.pdf
0176-CG-3579429_0000034_1A0000021_0000001.pdf
0176-CG-3579429_0000035.pdf
0176-CG-3579429_0000036.pdf
0176-CG-3579429_0000036_1A0000023_0000001.pdf
0176-CG-3579429_0000036_Import, redacted.pdf
0176-CG-3579429_0000037.pdf
0176-CG-3579429_0000038.pdf
0176-CG-3579429_0000047.pdf
0176-CG-3579429_0000047_1A0000029_0000001.pdf
0176-CG-3579429-FISUR_0000001, redacted.pdf
0176-CG-3579429-FISUR_0000002.pdf
0176-CG-3579429-FISUR_0000002_1A0000001_0000001.jpg
0176-CG-3579429-FISUR_0000002_1A0000001_0000002.jpg
0176-CG-3579429-FISUR_0000003.pdf
0176-CG-3579429-FISUR_0000003_1A0000002_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000004.pdf
0176-CG-3579429-FISUR_0000004_1A0000003_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000005.pdf
0176-CG-3579429-FISUR_0000005_1A0000004_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000006.pdf
0176-CG-3579429-FISUR_0000006_1A0000005_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000007.pdf
0176-CG-3579429-FISUR_0000007_1A0000006_0000001_PHYSICAL.pdf

```
0176-CG-3579429-FISUR_0000008.pdf
0176-CG-3579429-FISUR_0000008_1A0000007_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000009.pdf
0176-CG-3579429-FISUR_0000009_1A0000008_0000001_PHYSICAL.pdf
0176-CG-3579429-FISUR_0000010.pdf
0176-CG-3579429-FISUR_0000010_1A0000009_0000001_PHYSICAL.pdf
0176-CG-3579429-GJ_0000001.pdf
0176-CG-3579429-GJ_0000002.pdf
0176-CG-3579429-GJ_0000002_1A0000001_0000001, redacted.pdf
0176-CG-3579429-GJ_0000002_1A0000001_0000002, redacted.pdf
0176-CG-3579429-GJ_0000002_1A0000001_0000003.pdf
0176-CG-3579429-GJ_0000002_1A0000001_0000005.pdf
0176-CG-3579429-GJ_0000002_1A0000001_0000006.zip
0176-CG-3579429-GJ_0000002_1A0000001_0000007.zip
0176-CG-3579429-GJ_0000002_1A0000001_0000008.pdf
0176-CG-3579429-GJ_0000003.pdf
0176-CG-3579429-GJ_0000003_1A0000002_0000001, redacted.pdf
0176-CG-3579429-GJ_0000004.pdf
0176-CG-3579429-GJ_0000004_1A0000003_0000001, redacted.pdf
0176-CG-3579429-GJ_0000004_1A0000003_0000002, redacted.pdf
0176-CG-3579429-GJ_0000005.pdf
0176-CG-3579429-GJ_0000005_1A0000004_0000001, redacted.pdf
0176-CG-3579429-GJ_0000006.pdf
0176-CG-3579429-GJ_0000006_1A0000005_0000001, redacted.pdf
0176-CG-3579429-GJ_0000007.pdf
0176-CG-3579429-GJ_0000007_1A0000006_0000001, redacted.pdf
0176-CG-3579429-GJ_0000007_1A0000006_0000002.zip
0176-CG-3579429-GJ_0000008.pdf
0176-CG-3579429-GJ_0000008_1A0000007_0000001.xls
0176-CG-3579429-GJ_0000008_1A0000007_0000002, redacted.pdf
0176-CG-3579429-GJ_0000008_1A0000007_0000003.pdf
0176-CG-3579429-GJ_0000008_1A0000007_0000004.pdf
0176-CG-3579429-GJ_0000008_1A0000007_0000005.xls
```

Additional open source videos

- 609 C0073.MP4.mpg
- 610 GOPR0391.MP4
- Ex D, 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h38min03s000ms.asf
- GX202 -1610063914.91-8903b329756ea75910b0aed675a963566741c107-file-0_2of2_20210106_143502.mp4
- uZ4MeYbSLh94SzW5R.mp4