# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| **v.** | \* |
| | \*   Case No. 23-cr-283-JMC |
| **ULISES WILKINSON** | \* |
| | \* |
| **Defendant.** | \* |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Ulises Wilkinson, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., hereby moves this Honorable Court to modify his conditions of release to permit him to reside with his mother in the Northern District of Illinois. In support of this Motion, counsel state as follows:

1. On May 24, 2023, Mr. Wilkinson was charged by way of Criminal Complaint with several misdemeanor offenses related to the events at the Capitol on January 6, 2021. At the time he was charged in this case, Mr. Wilkinson resided in the Southern District of Texas.

2. On May 30, 2023, Mr. Wilkinson voluntarily surrendered to authorities in the Southern District of Texas. That same day, he appeared before Magistrate Judge J. Scott Hacker for an Initial Appearance. At the conclusion of that proceeding, Mr. Wilkinson was ordered released pending further proceedings in this

1

Court. Mr. Wilkinson was permitted to reside in the Southern District of Texas. *See United States v. Wilkinson*, No. 7:23-mj-996 (S.D.T.X.).

3. On June 15, 2023, Mr. Wilkinson appeared by videoconference before Magistrate Judge Upadhyaya of this Court for an Initial Appearance. At the conclusion of that hearing, Mr. Wilkinson was continued on conditions of release and permitted to reside in the Southern District of Texas. (Order Setting Conditions of Release, ECF No. 7.) Mr. Wilkinson regularly reported to Pretrial Services in the Southern District of Texas.

4. On or about July 25, 2023, with the consent of Pretrial Services, Mr. Wilkinson relocated from the Southern District of Texas to live with his mother in the Northern District of Illinois. Mr. Wilkinson is now supervised by the Pretrial Services Offices in both the Northern District of Illinois and the District of Columbia.

5. The Pretrial Services Office of the District of Columbia has reached out to the undersigned counsel to request that they file a formal motion to modify Mr. Wilkinson's conditions of release to permit him to continue to reside in the Northern District of Illinois.

6. Accordingly, at this time, Mr. Wilkinson respectfully requests that his conditions of release be modified such that he is permitted to reside with his mother in the Northern District of Illinois.

7. This Motion is unopposed. Undersigned counsel have discussed this matter with a representative of the Pretrial Services Office of the District of Columbia. That Office has no objection to the requested modification. Undersigned counsel have also discussed this matter with counsel for the Government, who has indicated that the Government has no objection to this request.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court modify his conditions of release to permit him to reside with his mother in the Northern District of Illinois.

                              Respectfully submitted,

                              /s/
                            _____
                            Michael E. Lawlor
                            Adam C. Demetriou
                            Brennan, McKenna & Lawlor, Chtd.
                            6305 Ivy Lane, Suite 700
                            Greenbelt, Maryland 20770
                            301.474.0044
                            mlawlor@verizon.net
                            ademetriou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor