#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *  Case No. 23-cr-283-JMC |
| **ULISES WILKINSON** | * |
| | * |
| Defendant. | * |

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Unopposed Motion to Modify Conditions of Release. The Court having considered the Motion, being fully advised, it is this 30th day of August, 2023:

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that Mr. Wilkinson's conditions of release be modified such that he be permitted to reside with his mother in the Northern District of Illinois; and it is further,

**ORDERED,** that Mr. Wilkinson complies with all other conditions of his release.

DATE: August 30, 2023        _____
　　　　　　　　　　　　　　　　Judge Jia M. Cobb
　　　　　　　　　　　　　　　　U.S. District Court Judge