IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 23-cr-283-JMC |
| ULISES WILKINSON | * |
| | * |
| Defendant. | * |

**UNOPPOSED MOTION TO CONTINUE**

The Defendant, Ulises Wilkinson, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue. In support of this Motion, counsel state as follows.

1. On September 5, 2023, Mr. Wilkinson appeared before the Court via Zoom for an arraignment and status conference. The Court scheduled a further Zoom status conference for October 27, 2023 at 11:30 a.m.

2. At this time, Mr. Wilkinson respectfully requests that the Court continue the status conference in this matter.

3. The Government has recently extended Mr. Wilkinson a plea offer. The undersigned counsel requires additional time to review the offer and discuss it with Mr. Wilkinson. Additionally, yesterday afternoon, lead counsel for Mr. Wilkinson, Michael E. Lawlor, learned of a death in his family. Mr. Lawlor will be traveling out of state this week to attend funeral services.

1

4.     This Motion is unopposed. The undersigned counsel have contacted AUSA Lynnett Wagner, who has advised that the Government does not oppose a continuance of the October 27, 2023 status conference.

5.     Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new date with the parties. Mr. Wilkinson consents to proceeding with the next status conference via Zoom.

6.     Mr. Wilkinson consents to tolling time under the Speedy Trial Act through the date of the next hearing.

7.     Accordingly, Mr. Wilkinson respectfully requests that this Honorable Court continue the October 27, 2023 hearing to a date convenient for the Court and the parties.

                                              Respectfully submitted,

                                                /s/
                                        _____
                                        Michael E. Lawlor
                                        Adam C. Demetriou
                                        Brennan, McKenna & Lawlor, Chtd.
                                        6305 Ivy Lane, Suite 700
                                        Greenbelt, Maryland 20770
                                        301.474.0044
                                        mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor