IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 23-cr-283-JMC |
| ULISES WILKINSON | * |
| | * |
| Defendant. | * |

## ORDER

**UPON** consideration of Defendant's Unopposed Motion to Continue, it is on this _____ day of _____, 2023 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED,** that the status conference currently scheduled for October 27, 2023 in the above referenced matter is hereby continued to a date and time convenient for the Court and the parties; and it is further

**ORDERED,** that the time between October 27, 2023 and the next hearing date is excluded from the Speedy Trial calculation in this case.

_____
Judge, United States District Court