# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 23-CR-283 (JMC) |
| v. | 40 U.S.C. § 5104(e)(2)(D) |
| ULISES WILKINSON, | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, ULISES WILKINSON, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.  In January 2021, the defendant, Ulises WILKINSON, lived in Streamwood, Illinois. On January 5, 2021, WILKINSON flew from Chicago, Illinois to Washington, D.C. He went to attend a rally on January 6, 2021.

9.  On January 6, 2021, WILKINSON attended the rally held near the National Mall in Washington, D.C. From the rally, WILKINSON went to the Capitol and entered the restricted area on the West Front of the Capitol.

10. Throughout the day, WILKINSON carried with him two pieces of white cardboard, approximately 2 feet by 3 feet in dimension. The cardboard displayed handwritten text stating "Move Mitch! Get out the way!" and "Free Assange!" in large black letters.

11. WILKINSON approached the Lower West Plaza of the Capitol near a temporary metal scaffolding that was set up in preparation of the inaugural ceremonies scheduled for January

20, 2021. WILKINSON joined the mob and walked up the stairs underneath the covered scaffolding. Rioters were climbing the sides of the scaffolding and had torn the white canvas covering of the scaffolding in multiple places. WILKINSON took photographs with his cell phone of the West Plaza and the interior of the damaged scaffolding.

12. WILKINSON entered the U.S. Capitol through the Upper West Terrace door at 2:35 p.m. This door was breached by rioters at approximately 2:33 p.m. This was not a public entrance to the Capitol.

13. WILKINSON went up a flight of stairs to the Rotunda of the U.S. Capitol. He took pictures of other rioters in the Rotunda.

14. WILKINSON went into a lobby where the East Rotunda door was located. At this location, a few U.S. Capitol Police were guarding the East Rotunda door and trying to prevent rioters from entering the Capitol through that door. Some of the rioters inside the Capitol assaulted the officers at the East Rotunda door. WILKINSON used his cell phone to photograph the rioters assaulting officers. WILKINSON then went up a staircase to the third floor of the Capitol.

15. At approximately 2:42 p.m., WILKINSON and other rioters entered a hallway outside the Senate Gallery on the third floor of the Capitol. The Senate Gallery is located directly above the Senate Chamber. A few U.S. Capitol Police officers guarded the doors to the Senate Gallery. Rioters pushed the officers away from the doors to the Senate Gallery down the hallway and fought with officers. WILKINSON backed away from the rioters but entered into the Senate Gallery. He stayed in the Senate Gallery approximately 30 seconds, then re-entered the hallway. WILKINSON went further down the hallway and re-entered the Senate Gallery through another door. He stayed in the Senate Gallery a few more minutes and took pictures with his cell phone

of other rioters in the Senate Gallery. He exited from the Senate Gallery and walked down the hallway back towards the stairs.

16. WILKINSON returned to the Rotunda about 2:54 p.m. He lifted his signs and paraded around the Rotunda for several minutes. He held up the white cardboard sign that stated "Move Mitch! Get out the way!". WILKINSON engaged another rioter who took a picture of WILKINSON and this sign using his phone.

17. At approximately 3:03 p.m., additional officers arrived in the Rotunda and began to clear the rotunda of rioters from the Rotunda to the East Rotunda door exit. WILKINSON watched other rioters confront officers. He did not leave the Rotunda until approximately 3:12 p.m.

18. WILKINSON exited from the U.S. Capitol through the East Rotunda door at approximately 3:17 p.m. WILKINSON was in the U.S. Capitol for approximately 42 minutes.

19. On or about April 26, 2021, WILKINSON saved a written note on his phone about his actions on January 6, 2021. In this note, WILKINSON admitted going inside the Capitol and seeing Trump supporters battling with Capitol police officers. He admitted he heard rioters asking where Nancy Pelosi and the other politicians were. WILKINSON said he chanted "1776" while holding up his signs.

20. On August 3, 2022, WILKINSON gave a voluntary interview to Federal Bureau of Investigation agents. WILKINSON admitted entering the Capitol and other actions within the Capitol on January 6, 2021. He provided his cell phone to the FBI to search and image.

### *Elements of the Offense*

21. The parties agree that Disorderly Conduct in a Capitol Building, in violation of Title 18, United States Code, Section 5104(e)(2)(D), requires the following elements:

   a. The defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings;

   b. The defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and

   c. The defendant acted willfully and knowingly.

22. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G) requires the following elements:

   a. The defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings; and

   b. The defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

23. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol with the intent to impede, disrupt and disturb the orderly conduct of Congress, and he willfully and knowingly paraded, demonstrated, and picketed in the United States Capitol.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/ Lynnett M. Wagner
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Ulises Wilkinson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1/17/24

ULISES WILKINSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/18/24

Michael E. Lawlor
Attorney for Defendant

Date: 1/18/24

Adam Christopher Demetriou
Attorney for Defendant