IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 23-cr-283-JMC |
| ULISES WILKINSON | * |
| | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Ulises Wilkinson, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing. In support of this Motion, counsel state as follows.

1. On January 18, 2024, Mr. Wilkinson appeared before this Court and pled guilty to Counts Four and Five of the Information filed against him. This Court scheduled sentencing for April 30, 2024 at 2:00 p.m. The hearing is set to take place via Zoom. At this time, Mr. Wilkinson respectfully requests that the Court continue the sentencing hearing to a date in late May or early June convenient for the Court and the parties.

2. On April 29, 2024, the undersigned counsel are scheduled to begin a jury trial in the Circuit Court for Baltimore City in the matter of *State v. Deandre Pace*, No. 123293015. Additionally, due to the press of other matters, the undersigned counsel require additional time to provide the United States Probation

1

Office with necessary information for the completion of the Presentence Investigation Report.

3. This Motion is unopposed. The undersigned counsel have contacted AUSA Lynnett Wagner, who has advised that the Government does not oppose a brief continuance of the April 30, 2024 sentencing date.

4. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new date with the parties. Mr. Wilkinson consents to conducting the sentencing hearing via Zoom.

5. Accordingly, Mr. Wilkinson respectfully requests that this Honorable Court continue the April 30 sentencing to a date convenient for the Court and the parties in late May or early June. Mr. Wilkinson respectfully requests that the sentencing hearing be held via Zoom.

                Respectfully submitted,

                /s/
                _____
                Michael E. Lawlor
                Adam C. Demetriou
                Brennan, McKenna & Lawlor, Chtd.
                6305 Ivy Lane, Suite 700
                Greenbelt, Maryland 20770
                301.474.0044
                mlawlor@verizon.net
                ademetriou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor