## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                            *
                                             *
   **v.**                     *   **Case Nos. 23-cr-283-JMC**
                                             *
**ULISES WILKINSON**                         *
                                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

**UPON** consideration of Defendant's Unopposed Motion to Continue Sentencing, it is on this _____ day of _____, 2024 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further,

**ORDERED,** that the sentencing now scheduled for April 30, 2024 at 2:00 p.m. is hereby continued to a date that is convenient to the Court and the parties in late May or early June; and it is further,

**ORDERED,** that the sentencing hearing be held via Zoom.

_____

Judge, United States District Court