IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 23-cr-283-JMC |
| ULISES WILKINSON | * | |
| | * | |
| Defendant. | * | |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDA

Defendant Ulises Wilkinson, by and through counsel, Michael E. Lawlor, Adam C. Demetriou and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Extend Deadline for Filing Sentencing Memoranda. In support of this Motion, counsel state as follows.

1. Mr. Wilkinson is scheduled to appear before the Court for sentencing on May 23, 2024 at 1:30 p.m. By Order of this Court, sentencing memoranda are due to be filed on or before May 9, 2024. At this time, Mr. Wilkinson respectfully requests that this Court extend the deadline for the filing of the parties' sentencing memoranda through May 16, 2024. The basis for this request is that the undersigned counsel have had to meet several filings deadlines over the last two weeks, including deadlines for filing several other federal sentencing memoranda as well as a brief in a post-conviction matter in the Circuit Court for Montgomery County, Maryland. In light of the press of other matters, the undersigned counsel require a modest

extension of the deadline within which to file the sentencing memorandum in this case.

2.      This Motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Lynnett Wagner, who has indicated that the Government does not oppose the requested extension.

3.      Accordingly, Mr. Wilkinson respectfully requests that this Honorable Court extend the deadline for the filing of the parties' sentencing memoranda through May 16, 2024.

Respectfully submitted,

_____/s/_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor