### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * |
| | *   Case No. 23-cr-283-JMC |
| **ULISES WILKINSON** | * |
| | * |
| **Defendant.** | * |

### ORDER OF THE COURT

**UPON** consideration of Defendant's Unopposed Motion to Extend Deadline for Filing Sentencing Memoranda, it is on this ____ day of _____, 2024 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further,

**ORDERED,** that the deadline for the filing of the parties' sentencing memoranda be extended through May 16, 2024.

_____
Judge, United States District Court