UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-283 (JMC) |
| : | |
| ULISES WILKINSON, : | |
| : | |
| Defendant. : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING MEMORANDUM DEADLINE AND SENTENCING HEARING

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and Assistant U.S. Attorney Lynnett M. Wagner, pursuant to Federal Rules of Criminal Procedure 45(b)(1) and respectfully submits this Unopposed Motion to Continue Sentencing Memorandum Deadline and Sentencing Hearing.  In support of this Motion, counsel states as follows:

1. On January 18, 2024, Defendant Ulises Wilkinson appeared before this Court and pled guilty pursuant to a plea agreement to Disorderly and Disruptive Conduct in a Restricted Building and Grounds, in violation of 18 U.S.C. 5104(e)(2)(D) (Count Four) and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G) (Count Five). ECF No. 24.

2. This Court sent a sentencing hearing for April 30, 2024.  The Court also ordered that the parties file Sentencing Memorandum by April 16, 2024, and any responses by April 23, 2024.  Minute Order dated January 18, 2024.

3. On March 18, 2024, the Defendant filed an Unopposed Motion to Continue Sentencing until a date in late May or early June.  ECF No. 27.  The Court granted the Unopposed Motion to Continue Sentencing and ordered the Parties to confer and contact

Chambers with proposed dates for sentencing. Minute Order dated March 20, 2024. After that consultation, the Court set the new sentencing hearing for May 23, 2024. The Court further ordered that Sentencing Memorandum were due by May 9, 2024, and responses were due by May 16, 2024. Minute Entry dated March 27, 2024.

4. On May 6, 2024, the Defendant filed an unopposed Motion to Extend Time to File Sentencing Memorandum in this case. ECF No. 31. The Court granted the unopposed Motion for Extension of Time to File Sentencing Memorandum and ordered that the Sentencing Memorandum be filed by May 16, 2024. Minute Order dated May 6, 2024.

5. Assistant United States Attorney Wagner requires additional time to complete the Sentencing Memorandum in this case.

6. The Defendant is on pretrial release, and he has been compliant with the terms of his conditions of release. ECF No. 7, 14, 22, 23.

7. Assistant United States Attorney Wagner is preparing for a multi-defendant jury trial scheduled to begin on June 3, 2024, before Judge Royce C. Lamberth. *United States v. Gregory Richard Purdy, Jr., Matthew Purdy and Robert Turner*, Case No. 1:22-cr-19 (RCL). In April and May, the undersigned AUSA and her co-counsel in that case have been responding to numerous defense motions and preparing for that trial.

8. Due to her workload with the upcoming multi-defendant trial, and the need to complete the Sentencing Memorandum in this case, Assistant United States Attorney Wagner respectfully requests that the Court continue the sentencing hearing in this matter for approximately thirty (30) days. The undersigned counsel respectfully requests that the parties consult and confer with the Court's courtroom deputy clerk to set a new date for the hearing at a date convenient for the Court and the parties in late June. Further, the undersigned counsel

respectfully requests that the Court set new deadlines for the Sentencing Memorandum in this case approximately fourteen (14) days prior to the new sentencing date.

9. Assistant United States Attorney Wagner has discussed this request with Michael Lawlor, counsel for Defendant Wilkinson. Mr. Lawlor stated that Defendant Wilkinson and he have no objection to the United States' request for continuance.

WHEREFORE, the United States of America respectfully requests that this Court grant the unopposed motion (1) to continue the sentencing hearing by approximately thirty (30) days, and (2) to extend the deadline for the parties to file Sentencing Memorandum until fourteen (14) days prior to the new sentencing hearing date in this case.

Respectfully Submitted,

UNITED STATES OF AMERICA,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY: /s/ Lynnett M. Wagner
Lynnett M. Wagner
Assistant United States Attorney
Nebraska Bar No. 21606
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (402) 661-3700
Lynnett.M.Wagner@usdoj.gov