UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-283 (JMC) |
| v. : | |
| : | |
| ULISES WILKINSON, : | |
| : | |
| Defendant. : | |

**MOTION TO SEAL UNITED STATES OF AMERICA'S
SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the government's Supplemental Sentencing Memorandum be filed under seal. In support of this motion, the United States of America notes that this Supplemental Sentencing Memorandum addresses information of a sensitive nature in the Presentence Investigation Report, ECF 29.

Wherefore, the United States of America respectfully requests that the attached Supplemental Sentencing Memorandum be filed under seal.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Lynnett M. Wagner
Lynnett M. Wagner
Assistant United States Attorney

Nebraska Bar No. 21606
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (402) 661-3700
Lynnett.m.wagner@usdoj.gov