**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-cr-283 (JMC)** |
| | **:** | |
| **ULISES WILKINSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING OF VIDEO**
**PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney

for the District of Columbia, hereby notifies the Court of the submission of video exhibits in

support of the sentencings in the above-captioned matter, scheduled for June 28, 2024.  As

video clips, they are not in a format that readily permits electronic filing on CM/ECF.  Video

exhibits have been submitted to the Court and made available to defense counsel via the

government's file-sharing site, USAfx.  Each exhibit is identified and briefly described below.

- **Exhibit A:**  United States Capitol Police video, showing the Upper West Terrace Door and defendant Wilkinson entering through this door at approximately 2:35:17 p.m.  File name: Ex A_USCP Upper West Terrace Door.asf (approximately 49 seconds);

- **Exhibit B:**  United States Capitol Police video, showing the East Rotunda door, at 2:38 p.m.  File name:  Ex B_USCP Rotunda Door Interior.asf (approximately 55 seconds);

- **Exhibit C:**  United States Capitol Police video, showing the hallway outside the Senate Gallery and defendant Wilkinson at 2:41 p.m.  File name:  Ex C_USCP Senate Gallery.asf (approximately 49 seconds);

- **Exhibit D:**  United States Capitol Police video, showing the Rotunda and defendant Wilkinson beginning at 2:57:05 p.m.  File name Ex D_USCP Rotunda, South.asf (approximately 1 minute); and

- **Exhibit E:**  Open-source video, "Inside the Capitol Building Breach video 3 – THE CORRECT VIEWS 01/06/2021".  File name  EX E_uZ4MeYbSLh94SzW5R.mp4 (approximately 3 minutes, 14 seconds).   Showing Rotunda and Defendant Wilkinson, beginning at video time 2:17.

If the Court accepts these proposed video exhibits into evidence, the United States does not oppose the release of Exhibits A-E to the public.

Respectfully Submitted,

UNITED STATES OF AMERICA,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:     */s/ Lynnett M. Wagner*
Lynnett M. Wagner
Assistant United States Attorney
Nebraska Bar No. 21606
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (402) 661-3700
Lynnett.M.Wagner@usdoj.gov

2