**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 23-cr-283 (JMC) |
| ULISES WILKINSON, | |
| Defendant. | |

### <u>ORDER</u>

The Court's judgment, ECF 44, entered on July 22, 2024, is hereby amended to reflect that the Court shall retain jurisdiction over this case but shall transfer supervision of the Defendant to the Northern District of Illinois.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 25, 2024